JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT - SOUTHERN DIVISION

| | |
|---|---|
| BALBOA CAPITAL CORPORATION, a California corporation,<br><br>        Plaintiff,<br>vs.<br><br>INNOVIX MEDICAL PLLC, a New York limited liability company; LORI SOLOMON, an individual; and DOES 1 through 10, inclusive,<br><br>        Defendants.<br>_____<br>INNOVIX MEDICAL PLLC, a New York limited liability company; LORI SOLOMON, an individual,<br><br>        Third-Party Plaintiffs,<br>vs.<br><br>CUTERA INC., a California corporation; MMP CAPITAL, INC., a New York corporation; and THIRD PARTY DOES 1 through 15, inclusive,<br><br>        Third-Party Defendants. | Case No. 8:19-cv-01145-JLS-DFM<br><br>JUDGE JOSEPHINE L. STATON<br><br>**ORDER DISMISSING ENTIRE CASE WITH PREJUDICE**<br><br>Complaint Filed:   March 19, 2019<br>Trial Date:            Not Set |

/ / /

1

ORDER OF DISMISSAL

On good cause shown by means of stipulation, to the satisfaction of the court that the stipulation should be granted:

The entire action, including all remaining claims and causes of action, is dismissed with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii) and 41(c), with each Party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: 07/23/2020

JOSEPHINE L. STATON
Judge of the U.S. District Court
Central District Southern Division